

**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:     Eric Ramirez and LA Public Insurance Adjusters, Inc. v. Dick Law Firm, PLLC and Eric Dick

Appellate case numbers:  01-21-00392-CV

Trial court case number: 2019-30183

Trial court:             113th District Court of Harris County

Appellees, Dick Law Firm, PLLC and Eric Dick, have filed a motion for extension of time to file their motion for rehearing and motion for en banc reconsideration. The motion is **granted**, and the time to file appellees' motion for rehearing and motion for en banc reconsideration is extended to November 15, 2022.

It is so ORDERED.


Judge's signature: _____/s/ Julie Countiss_____
                              Acting individually

Date:  September 15, 2022